No. 93–2053. ENPLANAR, INC., ET AL. *v.* WEST, SECRETARY OF THE ARMY, ET AL.; and TURNER, TRUSTEE OF V. KEELER & CO., INC. *v.* WEST, SECRETARY OF THE ARMY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–8780. HYDER *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 93–8906. MURPHY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–8978. BURNETT *v.* REASONER. C. A. 8th Cir. Certiorari denied.

No. 93–9116. HRBEK *v.* HUNDLEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 93–9267. NESBY *v.* DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–9431. BOWSER *v.* BOGGS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 93–9441. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9464. HEISER *v.* STEPANIK, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 93–9483. ANGEL FLORES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–9488. HYDER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–9528. TERRELL *v.* DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir. Certiorari denied.

No. 93–9548. HERRICK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9575. HENDERSON *v.* UNITED STATES PAROLE COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.